# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Quirky IP Licensing, LLC

Plaintiff,

-v-

Kikkerland Design, Inc.

Defendant.

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Quirky IP Licensing, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Quirky Partners LP

**Date:** 02/12/2019

David L. Hecht
Digitally signed by David L. Hecht
Date: 2019.02.11 11:57:50 -05'00'

**Signature of Attorney**

**Attorney Bar Code:** DH4084

Form Rule7_1.pdf   SDNY Web 10/2007